No. 74–1625. Pate, Former Warden, et al. *v.* Thomas et al. C. A. 7th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 74–1566. Seacoast Transportation Co. *v.* Perez et al. Sup. Ct. Fla. Motion of respondent Perez for leave to proceed *in forma pauperis* granted. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this motion and petition.

No. 74–1573. United Mine Workers of America et al. *v.* Island Creek Coal Co. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas and Mr. Justice Stewart would grant certiorari. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 74–1574. United Mine Workers of America et al. *v.* Armco Steel Corp. et al. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas and Mr. Justice Stewart would grant certiorari. Mr. Justice Blackmun took no part in the consideration or decision of this petition.

No. 74–1586. Tenorio, aka De Tenorio *v.* McGowan et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Blackmun would grant certiorari.

No. 75–90. General Telephone Company of Ohio *v.* Gene Slagle, Inc., et al. Sup. Ct. Ohio. Motion of Ohio Bell Telephone Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. Mr. Justice Blackmun took no part in the consideration or decision of this motion and petition.